UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA


| | | |
|---|---|---|
| BENNIE J. POTEET, II, Individually and by and through his Next Friend, EVELYN POTEET, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No. 1:05-CV-309 |
| POLK COUNTY, TENNESSEE; POLK COUNTY, TENNESSEE SHERIFF'S DEPARTMENT; BILL DAVIS, in his official capacity as Sheriff of Polk County, Tennessee; BOBBY COPELAND, Individually and in his capacity as a deputy and Chief Correctional Officer of the Polk County Sheriff's Department; JOSHUA RAY JENKINS, individually and in his capacity as a Deputy and Correctional Officer of the Polk County Sheriff's Department; JOHN DOE NUMBERS 1 through 3, Individually and in their capacities as Deputies of the Polk County Sheriff's Department; NATIONAL HEALTHCARE OF CLEVELAND, INC., d/b/a CLEVELAND COMMUNITY HOSPITAL;HUGH ROBISON CALDWELL, JR., M.D.; ADAM E. FALL, M.D.; and JOHN DOE NUMBERS 4 through 12, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Chief Judge Curtis L. Collier |
| *Defendants*. | ) ) ) | |

## ORDER

Before the Court is the Polk County Defendants' ("Defendants") motion to bifurcate and

continue (Court File No. 102). Plaintiff Bennie Joe Poteet, II, individually and by and through his

next friend, Evelyn Poteet (collectively "Plaintiffs"), filed a response opposing Defendants' motion

(Court File No. 109). The Court has carefully considered the issue and does not find bifurcation or

a continuance are necessary. If there are disputed facts, the Court finds a jury is better suited to

determine the issue of competency.  However, if the facts are undisputed, the parties may file a

stipulation of fact within twenty days and the Court will determine the issue as a matter of law.

Therefore, the Court hereby **DENIES** Defendants' motion to bifurcate and continue (Court File No.

102).


       **SO ORDERED.**

       **ENTER:**


                      **/s/**
                      **CURTIS L. COLLIER**
                      **CHIEF UNITED STATES DISTRICT JUDGE**