UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| BENNIE J. POTEET, II, Individually and by and through EVELYN POTEET, as conservator of Bennie Joe Poteet, II, <br><br> *Plaintiffs*, <br> v. <br><br> POLK COUNTY, TENNESSEE, *et al.*, <br><br> *Defendants.* | Case No. 1:05-CV-309 <br><br> Chief Judge Curtis L. Collier |

## **O R D E R**

After the entry of the Court's Orders concerning the parties' dispositive motions, the only federal law claims remaining in this action are Plaintiff's claims pursuant to 42 U.S.C. § 1983 against Polk County, Tennessee and the Estate of Bobby Copeland. The Court has received representations from Plaintiff's counsel that all federal law claims have been settled and compromised between the parties. Accordingly, the only claims remaining in this action are state law claims. Pursuant to 28 U.S.C. § 1367(c), this Court may decline to exercise its supplemental jurisdiction over state law claims if: (1) the claim raises a novel or complex issue of State law, (2) the claim substantially predominates over the claim or claims over which the district court has original jurisdiction, (3) the district court has dismissed all claims over which it has original jurisdiction, or (4) in exceptional circumstances, there are other compelling reasons for declining jurisdiction.

Accordingly, the parties are **ORDERED** to show cause by **1:00 p.m. on Wednesday, April 25, 2007**, as to why the Court should not dismiss this case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**